

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES ex rel.<br>**UNDER SEAL**<br><br>Relator,<br><br>v.<br><br>**UNDER SEAL**<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NUMBER: 04-0561<br><br>SECTION: "R" (2)<br><br>**FILED UNDER SEAL** |

            *    *    *

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES ex rel.<br>STEVEN J. GREENE | * | CIVIL ACTION |
| | * | NUMBER: 04-0561 |
| Relator, | | |
| | * | SECTION: "R" (2) |
| v. | | |
| | * | **FILED UNDER SEAL** |
| TENET HEALTHCARE CORPORATION,<br>KENNER REGIONAL MEDICAL CENTER<br>& MEMORIAL MEDICAL CENTER | * | |
| | * | |
| Defendants. | | |
| | * | |

\*       \*       \*

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its election to intervene against all defendants in this action for purposes of settlement.

With this notice, the United States is also filing a joint notice of voluntary dismissal, together with relator, and an accompanying order dismissing this action and providing for the lifting of the seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

JIM LETTEN
UNITED STATES ATTORNEY

SHARON D. SMITH (17146)
Assistant United States Attorney
500 Poydras Street, Room B210
New Orleans, Louisiana 70130
Telephone: (504) 680-3004

MICHAEL F. HERTZ
MICHAEL D. GRANSTON
DAVID B. WISEMAN
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-0132