FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 11 PM 4:00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES ex rel.<br>STEVEN J. GREENE | * | CIVIL ACTION |
| | * | NUMBER: 04-0561 |
| Relator, | | |
| | * | SECTION: "R" (2) |
| v. | | |
| | * | **FILED UNDER SEAL** |
| TENET HEALTHCARE CORPORATION,<br>KENNER REGIONAL MEDICAL CENTER<br>& MEMORIAL MEDICAL CENTER | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \*

## ORDER

The Court, having considered the Joint Notice of Dismissal by the United States and Relator Steven Greene, it is hereby ORDERED that:

1. The United States and Defendant Tenet Healthcare Corporation have executed a Settlement Agreement in this matter which Relator agrees is fair, adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ D._____

2. Relator's complaint is dismissed with prejudice as to the Relator and the United States, with the exception of Relator's claims for attorney's fees, costs and expenses arising out of the dismissed claims.

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement as they pertain to this case. The Court also shall retain jurisdiction over Relator's claims for attorney's fees, costs and expenses arising out of the dismissed claims and Relator's claim for a share of the settlement pursuant to 31 U.S.C. §3730(d)(1).

4. The complaint be unsealed.

5. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendant, except for the United States' Notice of Election to Intervene, the United States and Relator's Joint Notice of Dismissal, and this Order.

6. The seal be lifted as to all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Date: August 11, 2006

UNITED STATES DISTRICT JUDGE

**Copies to:**

SHARON D. SMITH
Assistant United States Attorney
United States Attorneys Office
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, Louisiana 70130